# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TYLER MAXWELL,**

          **Plaintiff,**

-vs-                                         Case No. 6:20-cv-1954-Orl-37GJK

**SCHOOL DISTRICT OF VOLUSIA COUNTY; SCHOOL BOARD OF VOLUSIA COUNTY; IDA WRIGHT, LINDA CUTHBERT, CARL PERSIS, RUBEN COLÓN, and JAMIE HAYNES,** each in his or her official capacity as a member of the School Board of Volusia County; **CARMEN BALGOBIN,** in her official capacity as Superintendent of the School District of Volusia County; **TODD J. SPARGER,** in his official capacity as Principal of Spruce Creek High School; and **ALAN P. CANETTI,** in his official capacity as an Assistant Principal of Spruce Creek High School,

          **Defendants.**

_____

## ORDER

This cause came on for consideration, without oral argument, on the following motions:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S AMENDED UNOPPOSED MOTION FOR ADMISSION PRO HAC VICE** (Doc. No. 23) |
| **FILED:** | October 28, 2020 |

_____

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

The motion to appear *pro hac vice* of Jacob Huebert, Esq., is **GRANTED**, provided counsel **shall register for and use the electronic filing system** as adopted by the Court. Counsel can register for a CM/ECF login password through the website at www.flmd.uscourts.gov under "CM/ECF." Counsel must take the tutorial offered on the Middle District of Florida's website before using the CM/ECF system.

Local counsel, Joseph S. Van de Bogart, Esq., fully assumes all responsibilities set forth in Local Rule 2.02, including responsibility for trial in default of the non-resident attorney. If local counsel is unwilling to assume all required responsibilities, a written designation and consent to act by another local attorney must be filed within fourteen days of the date of this order.

**DONE** and **ORDERED** at Orlando, Florida, on October 29, 2020.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
Unrepresented Parties